IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID SCOTT | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| JOHN F. KERRY, ET AL. | : | No. 15-5983 |

FILED

SEP 28 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 28th day of September, 2016, upon consideration of "The Federal Defendants' Motion to Dismiss Count I of Plaintiff's Amended Complaint" (Docket No. 14), and all documents file in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Count I is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

_____
John R. Padova, J.