IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SCOTT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN F. KERRY, ET AL. | : | No.  15-5983 |

## ORDER

**AND NOW**, this 30th day of November, 2016, upon consideration of Defendant Michael Castaneda's Motion to Dismiss Count II and Count III of the Complaint (Docket No. 18), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that Michael Castaneda is hereby **DISMISSED** as a Defendant in this action.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.